# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY MANUEL MARTEL,<br><br>Petitioner,<br><br>v.<br><br>HUNTER ANGELA, Warden,<br><br>Respondent. | CASE NO. 2:19-cv-01307-R (SK)<br><br>**JUDGMENT** |

    Pursuant to the Order Dismissing Petition for Lack of Exhaustion, **IT IS ADJUDGED** that the petition for writ of habeas corpus and this action are hereby DISMISSED.

DATED: April 11, 2019

HON. MANUEL L. REAL
U.S. DISTRICT JUDGE